

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-55,161-02

**EX PARTE ERIC DEWAYNE CATHEY, Applicant**

**REGARDING THE APPLICATION FOR WRIT OF HABEAS CORPUS FROM CAUSE NO. 713189-B IN THE 176TH JUDICIAL DISTRICT COURT HARRIS COUNTY**

*Per curiam*.

**O R D E R**

We have before us an "Unopposed Motion to Grant Access to Records" filed by an assistant attorney general regarding the writ record in this case. Due to the existence throughout the record of sensitive information, this Court sealed the entire record in this case. *See* TEX. R. APP. P. Rule 9.10.

Counsel for the State has now requested access to the record for the purpose of replying to an appeal filed in the United States Supreme Court. We grant the State's motion to allow counsel or counsel's representative, attorney general copy clerk Emily

Kaiser, access to the record for use in responding to the appellate proceedings. Counsel or counsel's designated representative may review and/or copy any portion of the record, including any sealed documents.

The record shall remain sealed, and counsel and his designated representative will maintain the confidentiality of the record and will not release any portion of the record to the public. The motion requesting access and this order shall not be sealed.

IT IS SO ORDERED THIS THE 2ND DAY OF APRIL, 2015.

Do Not Publish